LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

RUFFIN CORDELL (*Pro Hac Vice* forthcoming)
cordell@fr.com
ADAM SHARTZER (*Pro Hac Vice* forthcoming)
shartzer@fr.com
MICHAEL J. BALLANCO (*Pro Hac Vice* forthcoming)
ballanco@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

CHET CAMPBELL (*Pro Hac Vice* forthcoming)
cycampbell@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

***Attorneys for Plaintiff DISH Network L.L.C.***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DISH Network L.L.C.,<br>Plaintiff,<br>vs.<br>Eleven Software Inc.,<br>Defendants. | Case No.: 2:26-cv-01845-CDS-DJA<br><br>**STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT (ECF NO. 1)**<br>***First Request*** |

Plaintiff DISH Network L.L.C. ("DISH") and Defendant Eleven Software Inc. ("Eleven Software" stipulate and agree to extend the deadline for Eleven Software to respond to Plaintiff's Complaint, (ECF No. 1), so that the response deadline is September 4, 2026.

Eleven Software disputes that the current deadline to respond is July 31, 2026, because it disputes that service was effectuated on its Registered Agent as alleged in ECF No. 6. On July 21, 2026, counsel for Eleven Software contacted counsel for DISH to notify it of this issue and offered to waive service and respond to Plaintiff's Complaint on or before September 4, 2026.

This is the parties' first extension request regarding this deadline. The minimal extension arises in accord with District of Nevada Local Rule IA 6-1 and Federal Rule of Civil Procedure 6. Good cause supports the extension based upon the parties currently discussing the sufficiency of past service of process and agreeing to the procedure of waiving service in accord with Fed. R. Civ. P. 4(d)(3). This extension is sought in good faith and not for purposes of delay.

**KAEMPFER CROWELL**

*/s/ Lyssa Anderson*
LYSSA S. ANDERSON
KRISTOPHER J. KALKOWSKI
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

**FISH & RICHARDSON P.C.**
RUFFIN CORDELL (*Pro Hac Vice* forthcoming)
ADAM SHARTZER (*Pro Hac Vice* forthcoming)
MICHAEL J. BALLANCO (*Pro Hac Vice* forthcoming)
CHET CAMPBELL (*Pro Hac Vice* forthcoming)
***Attorneys for Plaintiff***

**SNELL & WILMER L.L.P.**

/s/ *John P. Padro*
ALEX L. FUGAZZI
CHRISTIAN P. OGATA
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

**GOODWIN & PROCTER LLP.**
JOHN P. PADRO (Pro Hac Vice forthcoming)
BRETT SCHUMAN (Pro Hac Vice forthcoming)
LAUREN KUEHN PELLETIER (Pro Hac Vice forthcoming)
~~Counsel~~Attorneys for Defendant

**IT IS SO ORDERED.**

Dated this 30th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135