LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

RUFFIN B. CORDELL
*Pro Hac Vice forthcoming*
ADAM SHARTZER
*Pro Hac Vice*
MICHAEL J. BALLANCO
*Pro Hac Vice*
CHET CAMPBELL
*Pro Hac Vice*
FISH & RICHARDSON P.C.
cordell@fr.com
shartzer@fr.com
ballanco@fr.com
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
***Attorneys for Plaintiff DISH Network L.L.C.***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>Plaintiff<br><br>v.<br><br>ELEVEN SOFTWARE INC.,<br><br>Defendant | Case No.: 2:26-cv-01845-CDS-BNW<br><br>**Order Approving STIPULATION TO EXTEND DEADLINES TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND TO FILE DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br>[ECF No. 29] |

Plaintiff DISH Network, LLC, and Defendant Eleven Software, Inc. stipulate and agree to extend the deadline for Plaintiff to file a Response to Defendant's Motion to Dismiss, (ECF No.

23), by seven days. The current deadline is September 18, 2026. The extended deadline will be September 25, 2026. Additionally, the parties stipulate and agree that Defendant's deadline to file a Reply in support of the Motion to Dismiss will become October 9, 2026.

This is the parties' first extension request for these deadlines. This minimal extension arises in accord with District of Nevada Local Rule IA 6-1. Good cause supports the extension based on the parties requiring additional time to prepare responsive papers. The extensions are sought in good faith and not for purposes of delay.

**KAEMPFER CROWELL**

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
KRISTOPHER J. KALKOWSKI
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

**FISH & RICHARDSON P.C.**
RUFFIN B. CORDELL, *Pro Hac Vice forthcoming*
ADAM SHARTZER, *Pro Hac Vice*
MICHAEL J. BALLANCO, *Pro Hac Vice*
CHET CAMPBELL, *Pro Hac Vice*
***Attorneys for Plaintiff***

**SNELL & WILMER L.L.P.**

*/s/ Lauren K. Pelletier*
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

**GOODWIN PROCTER LLP**
John P. Padro, Esq. (*Pro Hac Vice*)
Lauren K. Pelletier, Esq. (*Pro Hac Vice*)
620 Eighth Avenue New York, NY 10018

Brett M. Schuman, Esq. (*Pro Hac Vice*)
525 Market Street
San Francisco, CA 94105

Fred Feyzi, Esq. (*Pro Hac Vice*)
601 Marshall Street
Redwood City, CA 94063
***Attorneys for Defendant***

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: September 18, 2026