LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

RUFFIN B. CORDELL
*Pro Hac Vice forthcoming*
ADAM SHARTZER
*Pro Hac Vice*
MICHAEL J. BALLANCO
*Pro Hac Vice*
CHET CAMPBELL
*Pro Hac Vice*
FISH & RICHARDSON P.C.
cordell@fr.com
shartzer@fr.com
ballanco@fr.com
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
***Attorneys for Plaintiff DISH Network L.L.C.***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>Plaintiff<br><br>v.<br><br>ELEVEN SOFTWARE INC.,<br><br>Defendant | Case No.: 2:26-cv-01845-CDS-BNW<br><br>**Order Approving STIPULATION RE ELEVEN SOFTWARE INC.'S PENDING MOTIONS, DKTS. 23 & 28**<br><br>[ECF No. 32] |

On September 4, 2026, Defendant Eleven Software, Inc. ("Eleven Software") filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) to the complaint filed by Plaintiff

DISH Network, LLC ("DISH") in the above-captioned action. *See* Dkt. 23. On September 11, 2026, Eleven Software filed a motion to stay discovery and all deadlines pending resolution of its motion to dismiss. *See* Dkt. 28. On September 24, 2026, DISH amended its complaint. *See* Dkt. 31.

DISH and Eleven Software stipulate and agree that Eleven Software's pending motion to dismiss and motion to stay discovery and all related deadlines are now moot in view of DISH's amended complaint. The parties make this stipulation without prejudice for Eleven Software to refile a motion to dismiss and/or a motion to stay discovery in view of DISH's amended complaint. Eleven Software anticipates refiling its motion to dismiss on at least patent ineligibility of the asserted patents by no later than October 8, 2026. Eleven Software also intends to renew its motion to stay discovery pending the resolution of that motion and will request a temporary stay of the parties' potential upcoming deadlines pursuant to L.R. 26-1 until such time as the court has

[*remaining page intentionally left blank; content and signatures on the following page*]

adjudicated Eleven Software's forthcoming renewed motion to stay.

**KAEMPFER CROWELL**

*/s/ Kristopher J. Kalkowski*
LYSSA S. ANDERSON
KRISTOPHER J. KALKOWSKI
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

**FISH & RICHARDSON P.C.**
RUFFIN B. CORDELL, *Pro Hac Vice forthcoming*
ADAM SHARTZER, *Pro Hac Vice*
MICHAEL J. BALLANCO, *Pro Hac Vice*
CHET CAMPBELL, *Pro Hac Vice*
***Attorneys for Plaintiff***

**SNELL & WILMER L.L.P.**

*/s/ John P. Padro*
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

**GOODWIN PROCTER LLP**
John P. Padro, Esq. (*Pro Hac Vice*)
Lauren K. Pelletier, Esq. (*Pro Hac Vice*)
620 Eighth Avenue New York, NY 10018

Brett M. Schuman, Esq. (*Pro Hac Vice*)
525 Market Street
San Francisco, CA 94105

Fred Feyzi, Esq. (*Pro Hac Vice*)
601 Marshall Street
Redwood City, CA 94063
***Attorneys for Defendant***

**Order**

Based on the parties' stipulation [ECF No. 32], it is ordered that the defendant's motion to dismiss [ECF No. 23] and motion to stay [ECF No. 28] are denied as moot.

UNITED STATES DISTRICT JUDGE

Dated: October 2, 2026