LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

CHET CAMPBELL (*Pro Hac Vice*)
cycampbell@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

RUFFIN CORDELL (*Pro Hac Vice* pending)
cordell@fr.com
ADAM SHARTZER (*Pro Hac Vice*)
shartzer@fr.com
MICHAEL J. BALLANCO (*Pro Hac Vice*)
ballanco@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
***Attorneys for Plaintiff***
***DISH Network L.L.C.***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>Plaintiff,<br>vs.<br><br>ELEVEN SOFTWARE INC.,<br><br>Defendant. | Case No.: 2:26-cv-01845-CDS-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT PROPOSED PROTECTIVE ORDER (First Request)** |

Plaintiff DISH Network L.L.C. ("DISH") and Defendant Eleven Software Inc. ("Eleven Software") stipulate and agree to extend the deadline for the parties to file their joint proposed protective order by seven days. The current deadline, set by the Court's October 21, 2026 Order granting the parties' stipulation to stay discovery (Dkt. 36 at 6), is October 23, 2026. The extended

deadline will be October 30, 2026.

Good cause supports the extension. The parties are in the process of conferring on the terms of a protective order and require additional time to review edits that have been exchanged between them, to exchange any counterproposals, and to confer, with the goal of reaching agreement on as many provisions as possible and narrowing any disputed issues that may require the Court's intervention.

This extension does not alter any other provision or deadline of the Court's Order (Dkt. 36), including Eleven Software's obligation to produce the documents identified in that Order within 60 days. Should the parties be unable to agree on any provision of the protective order by the extended deadline, the parties may seek the Court's intervention to resolve those disputed issues as provided in that Order.

This is the parties' first request to extend this deadline, and the parties do not intend to seek any further extension of it.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This request is made in accordance with Local Rules IA 6-1 and 26-3, is sought in good faith, and is not made for purposes of delay.

**KAEMPFER CROWELL**

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
KRISTOPHER J. KALKOWSKI
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

**FISH & RICHARDSON P.C.**
RUFFIN B. CORDELL, *Pro Hac Vice forthcoming*
ADAM SHARTZER, *Pro Hac Vice*
MICHAEL J. BALLANCO, *Pro Hac Vice*
CHET CAMPBELL, *Pro Hac Vice*
***Attorneys for Plaintiff***

**SNELL & WILMER L.L.P.**

*/s/ Alex L. Fugazzi*
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

**GOODWIN PROCTER LLP**
John P. Padro, Esq. (*Pro Hac Vice*)
Lauren K. Pelletier, Esq. (*Pro Hac Vice*)
620 Eighth Avenue New York, NY 10018

Brett M. Schuman, Esq. (*Pro Hac Vice*)
525 Market Street
San Francisco, CA 94105

Fred Feyzi, Esq. (*Pro Hac Vice*)
601 Marshall Street
Redwood City, CA 94063
***Attorneys for Defendant***

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: October 26, 2026