Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702)784-5252
Email: afugazzi@swlaw.com
cogata@swlaw.com

Fred Feyzi, Esq.
(*Pro Hac Vice*)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
Email: FFeyzi@goodwinlaw.com

John P. Padro, Esq.
(*Pro Hac Vice*)
Lauren K. Pelletier, Esq.
(*Pro Hac Vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: JPadro@goodwinlaw.com
LPelletier@goodwinlaw.com

*Attorneys for Defendant*
*Eleven Software Inc.*

SNELL & WILMER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

DISH NETWORK L.L.C.,

Plaintiff,

v.

ELEVEN SOFTWARE INC.,

Defendant.

Case No. 2:26-cv-01845-CDS-BNW

**DEFENDANT ELEVEN SOFTWARE INC.'S MOTION TO WITHDRAW ATTORNEY BRETT SCHUMAN AS COUNSEL**

Defendant Eleven Software Inc. hereby moves for an order allowing Brett M. Schuman, Esq. to withdraw as an attorney of record. Good cause exists to permit withdrawal because Mr. Schuman is no longer with the law firm of Goodwin Procter LLP and the remaining attorneys of record will remain as counsel for Defendant. Local Rule IA 11–6 addresses an attorney's request to withdraw as counsel after appearing in a case. It provides, in pertinent part, that "[i]f an attorney




4896-6995-2992

seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Mr. Schuman will no longer be affiliated with the law firm Goodwin Procter LLP. Farzad Feyzi, John P. Padro, and Lauren Alexandra Kuehn Pelletier of Goodwin Procter LLP; Alex Fugazzi and Christian Ogata of Snell & Wilmer will continue to represent Defendant. This request is made for good cause and not for the purpose of delay; and withdrawal will not unfairly prejudice any party or unduly delay the proceedings because counsel of record otherwise remains the same and discovery is currently stayed pending resolution of Defendant's fully briefed motion to dismiss. This motion has been provided to the affected client and all counsel of record.

Defendant thus respectfully requests that this Court permit Mr. Schuman to withdraw as counsel of record and to terminate Mr. Schuman from the service list of this matter.

Dated: November 18, 2026

SNELL & WILMER L.L.P.

By: */s/ Christian Ogata*
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Christian P. Ogata, Esq.
Nevada Bar No. 15612
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

John P. Prado, Esq. (*Pro Hac Vice*)
Lauren K. Pelletier, Esq. (*Pro Hac Vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018

Fred Feyzi, Esq. (*Pro Hac Vice*)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063

*Attorneys for Defendant*
*Eleven Software*

**IT IS SO ORDERED**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 19, **2026**

SNELL & WILMER




4896-6995-2992

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **DEFENDANT ELEVEN SOFTWARE INC.'S MOTION TO WITHDRAW ATTORNEY BRETT SCHUMAN AS COUNSEL** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and/or via email.

DATED: November 18, 2026.

*/s/ Melissa K. Carlson*
An employee of SNELL & WILMER L.L.P.

SNELL
& WILMER


4896-6995-2992